In the Matter of IRWIN SLATER, an Attorney, Appellant. Asso-
CIATION OF THE BAR OF THE CITY OF NEW YORK, Respondent.

Submitted April 2, 1951; decided May 24, 1951.

*Irwin Slater,* in person, for motion for leave to appeal and for
stay and in opposition to motion to dismiss appeal.

*Frank H. Gordon* and *George G. Hunter, Jr.,* for motion to
dismiss appeal and in opposition to motion for leave to appeal
and for stay.

Motion for leave to appeal and for stay denied.

Motion to dismiss appeal granted and appeal dismissed.

In the Matter of the Probate of the Will of JOHN WINTERS,
Deceased. JOHN M. WINTERS, Appellant; HENRY WINTERS
et al., Respondents.

Submitted May 14, 1951; decided May 24, 1951.

Motion to amend the remittitur denied, with $10 costs and
necessary printing disbursements. [See 302 N. Y. 666.]